AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means      ☑ Original      ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 21-sw-42
ROSEWOOD HOTEL )
1050 31ST STREET, NW )   Under Seal
ROOM 407 )
WASHINGTON, D.C. 20007 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____Columbia_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   February 23, 2021   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   **X** at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Robin M. Meriweather   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 02/09/2021                    Robin M. Meriweather
                                                    2021.02.09 23:14:01 -05'00'
                                                    *Judge's signature*

City and state:   District of Columbia              Robin M. Meriweather, U.S. Magistrate Judge
                                                    *Printed name and title*

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**

## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

Rosewood Hotel OC
Encbc Olwi room #401

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 2/10/21

**DIVISION/DISTRICT OFFICE**

WDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| (1) | Audemars Piguet gray watch | Seizure |
| (1) | white phone | |
| (1) | pink phone butterflies | |
| (1) | corvette key | |
| (1) | yellow chain | |
| (1) | undetermined US currency w/ L.V. bag | |
| (1) | Surp vendue [illegible] | |

Nothing

**RECEIVED BY (Signature)** [signature]

**NAME AND TITLE (Print or Type)** SA A. Fleury

**WITNESSED BY (Signature)** [signature]

**NAME AND TITLE (Print or Type)** GS S. Drederick

FORM DEA-12 (8-02) *Previous editions obsolete*

Electronic Form Version Designed in JetForm 5.2 Version




**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| Rosewood Hotel DC<br>Encies Olivi room #407 | FILE TITLE | |
| | DATE 2/10/21 | |

**DIVISION/DISTRICT OFFICE**

WDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| (1) | Audemars Piguet gray watch | Seizure |
| (1) | white phone | |
| (1) | pink phone butterflies | |
| (1) | corvette key | |
| (1) | yellow chain | |
| (1) | undetermined US currency w/ L.V. bag | |
| (1) | surp render foot | |
| | nothing | |

**RECEIVED BY (Signature):** [signature]
**NAME AND TITLE (Print or Type):** SA A. Fleury

**WITNESSED BY (Signature):** [signature]
**NAME AND TITLE (Print or Type):** GS F. Drederick

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

 

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

Rosewood Hotel DC
Encba Olwi room #407

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 2/10/21

**DIVISION/DISTRICT OFFICE**

WDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| (1) | Audemars Piguet gray watch | Seizure |
| (1) | white phone | |
| (1) | pink phone butterflies | |
| (1) | corvette key | |
| (1) | yellow chain | |
| (1) | undetermined U.S. Currency w/ L.V. bag | |
| (1) | Surp residue ~~footer~~ | |
| | nothing | |

**RECEIVED BY (Signature):** [signature]

**NAME AND TITLE (Print or Type):** SA A. Fleury

**WITNESSED BY (Signature):** [signature]

**NAME AND TITLE (Print or Type):** GS C. Dredeuel

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| | Return | |
|---|---|---|
| Case No.: 21-sw-42 | Date and time warrant executed: 02/10/2021 0830 | Copy of warrant and inventory left with: In room (Rosewood Hotel Mgmt advised) |

Inventory made in the presence of: SA Stephen Diederich and TFO Thomas Hanula

Inventory of the property taken and name(s) of any person(s) seized:

see attached DEA 12

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/10/21

*Andrew Fleury*
Executing officer's signature

SA Andrew Fleury
Printed name and title